■ In the Matter of TAKE TWO OUTDOOR MEDIA LLC, Appellant, v BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Respondent. [48 NYS3d 653]—

Order and judgment (one paper), Supreme Court, New York County (Shlomo S. Hagler, J.), entered July 20, 2015, denying the petition to annul a determination of respondent, dated January 15, 2013, which denied the appeal from the Department of Buildings' denial of registration for petitioner's outdoor advertising sign, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Respondent rationally determined that the United States Bulkhead Line running along the Bronx shoreline of the Harlem River does not constitute a "boundary of the City of New York" within the meaning of New York City Zoning Resolution § 42-55 (d) and therefore that petitioner's outdoor advertising sign does not fall within the exception to the Zoning Resolution set forth in that provision.

The determination was not arbitrary and capricious. While the Department of Buildings had previously granted a permit based on a finding that the sign fell within the above exception to the Zoning Resolution, it was entitled to correct the mistake that led to its approval of the permit (*Matter of Parkview Assoc. v City of New York,* 71 NY2d 274 [1988], *cert denied* 488 US 801 [1988]), and the record adequately reflects the reasons for

the change in course so as to allow for meaningful appellate review (*see Matter of Charles A. Field Delivery Serv. [Roberts]*, 66 NY2d 516, 520 [1985]). Concur—Mazzarelli, J.P., Manzanet-Daniels, Feinman, Webber and Gesmer, JJ.